# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2013 APR 11 AM 10: 38

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 94CR0928-CAB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RAMON FLORES-RIVAS (3), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), 846 - Conspiracy to distribute marijuana; 18:924(c)(1), 18:2 - Aiding and abetting use and carrying of a firearm during the commission of a drug trafficking crime; and 18:922(o), 18:2 - Aiding and abetting possession of machine guns.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 11, 2013

Cathy Ann Bencivengo
U.S. District Judge